Adam Tingley    # 80020
Warm Springs Correctional Center
P.O. Box 7007
Carson City, Nevada 89702

✓ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN - 6 2015
copy returned

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ KMP DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ADAM TINGLEY
Petitioner /Plaintiff

Vs.

N.D.O.C. et al,
DR. BANNISTER
Respondent/Defendant

Case No. 3:14-cv-00358-MMD-VPC

NOTICE OF RELATED CASES

******************

COMES NOW, ADAM TINGLEY, Petitioner, in pro se, PURSUANT TO LOCAL RULE LR 7-2.1 I WISH TO NOTIFY THIS COURT OF RELATED CASE, CASE # 3:14-cv-00577-RCJ-VPC, WHICH IS YET TO COME OUT OF REVIEW.

THE CASE IN MENTION HAS MANY SIMILAR ISSUES AND BY ASSIGNING THESE TWO CASES TO SAME JUDGE IT WILL LIKELY SAVE JUDICIAL EFFORT.

3:14-CV-00358-MMD-VPC IS EYE SURGERY DELAY WHEREAS, 3:14-CV-00577-RCJ-VPC IS DELAY/INTERRUCTION IN POST-OP REQUIRED TREATMENT. BOTH BY NDOC MEDICAL DIRECTORS.

## CERTIFICATE OF SERVICE BY MAIL

I, __Adam Tingley__, hereby certify, pursuant to NRCP 5(b), that I mailed a true and correct copy of the foregoing, "__Notice of Related Cases__"

By placing it in the Warm Springs Correctional Center Law Library, First-class postage, fully pre-paid, addressed as follows:

Clerk US Dist Ct
400 S. Virginia #301
Reno, NV. 89501

AG's office of NV.
100 Carson St
Carson City, NV. 89701

Dated this __1__ day of __January__, 20__15__.

_[signature]_
Warm Springs Correctional Center
P.O. Box 7007
Carson City, Nevada 89702