

**AFFIDAVIT OF**

James T. Corgan
PRINT NAME

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 6 2015

RETURNED FOR CASE NUMBER

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 9 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA DEPUTY

BY: Copy Rot

**TO WHOM IT MAY CONCERN:**   Ref: 3:14-cv-00358

I, James T Corgan _____, the undersigned, do
hereby swear that all statements, facts and events within my attached
affidavit are true and correct of my own knowledge, information and
belief, and as to those, I believe them to be true and correct.

Signed under penalty of perjury pursuant to NRS 208.165

Dated this 27 day of FEBRUARY _____, 2015.

_____
Warm Springs Correctional Center
P.O. Box 7007
Carson City, Nevada 89702

THIS IS TO LET THE COURT KNOW HOW ADAM TINGLEY HAS SUFFERED. I'VE KNOWN TINGLEY FOR ABOUT 6 YEARS AND HAVE SEEN HIM IN PAIN AT NNCC AND HEARD HIM SAY THAT MEDICAL WILL DO NOTHING. I KNOW SURGERY WAS RECOMENDED FOR HIM, HE SHOWED ME PAPERWORK. I HEARD HIM SAY DR. BANNISTER AND UR PANEL KEPT REFUSING SURGERY. THIS HAPPENS TOO OFTEN IN NDOC AND WE NEED SOMETHING DONE TO FIX THE BROKEN MEDICAL SYSTEM IN PRISON.

Respectfully