UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TINGLEY, | 3:14-CV-0358-MMD (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | April 29, 2015 |
| NDOC, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion to amend complaint (#35). Defendants filed a limited opposition (#36) requesting only that plaintiff file an amended complaint that is complete in itself pursuant to Local Rule 15-1. Therefore, plaintiff's motion to amend complaint (#35) is **GRANTED in part**.

Plaintiff shall have to and including **Friday, May 15, 2015** to file an amended complaint that is complete in itself without reference to the superseding pleading. If plaintiff fails to timely file an amended complaint, the case will proceed on plaintiff's original complaint (#5).

The Clerk shall **SEND** to plaintiff a blank form for filing a civil rights complaint, a copy of the original complaint (#5), and a copy of this court's screening order (#4) for his convenience in drafting his amended complaint in accordance with his motion to amend.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk