ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

Attorneys for Defendant Bruce Bannister

```
                FILED  ___ RECEIVED
            ___ ENTERED  ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

                     MAY 13 2015

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
            BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADAM WYNN TINGLEY,

    Plaintiff,

vs.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

Case No. 3:14-cv-00358-MMD-VPC

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)**

1. <u>Meeting</u>. Pursuant to FRCP 26(f) and LR 26-1(d), a telephonic meeting was conducted on Friday, May 8, 2015.

2. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

    (a) <u>Subject of Discovery</u>. Discovery will be needed on the following subjects: All claims set forth in the Complaint, defenses relevant thereto, and all matters pertaining to impeachment. The parties shall comply with Fed. R. Civ. P. 26(e) regarding the duty to supplement.

    (b) <u>Discovery Cut-Off Date(s)</u>. Discovery will take 180 days, measured from the date of this Order.

///
///

Other Items.

(a) <u>Interim Status Reports</u>. The parties shall file an interim status report pursuant to LR 26-3 sixty (60) days before the discovery cut-off date. The interim status report shall state the time the parties estimate for trial, give 3 alternative available trail dates, and state whether in the opinion of counsel who will try the case, trial will be eliminated or its length affected by substantive motions.

(b) <u>Discovery</u>. The parties agree discovery will be conducted pursuant to the Federal Rules of Civil Procedure and Local Rules.

(c) Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed within sixty (60) days from the date of this Order. Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or parties.

(d) Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are allowed without leave of Court, or motions for leave to amend, shall comply with LR 15-1 and shall be filed and served within sixty (60) days from the date of this Order.

(e) Any discovery motions shall be filed and served no later than one hundred five (105) days from the date of this Order.

(f) <u>Court Conference</u>. A case management conference is set for Wednesday, October 14, 2015, at 2:00 p.m. At the case management conference, the parties shall be prepared to discuss expert witness discovery, whether the parties are interested in a second settlement conference, and how to best proceed with this case. Plaintiff's personal appearance at this conference is required.

(g) Pursuant to LR 26-8, unless otherwise ordered by the Court, written discovery, including responses thereto, certificates of service pertaining thereto and deposition transcripts, shall not be filed with the Court. Originals of responses to written discovery requests shall be served on the party who served the discovery request and that party shall make such originals available at the pretrial hearing, at trial, or on order of the

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

Court. Likewise the deposing party shall make the original transcript of a deposition available at any pretrial hearing, at trial, or on order of the Court.

(h) <u>Extensions of Discovery</u>: Pursuant to LR 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause. All motions or stipulations to extend discovery shall be received by the Court at least twenty (20) days prior to the expiration of any extension thereof that may have been approved by the Court. The motion or stipulation shall include:

(i) A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

(ii) A specific description of the discovery which remains to be completed;

(iii) The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

(iv) A proposed schedule for the completion of all remaining discovery.

(i) In the event that the Federal Rules of Civil Procedure provide for any shorter time periods for the filing of motions or pleadings, said shorter time limits shall apply notwithstanding the time limits set forth in this Scheduling Order.

4. Any party who desires an amendment to this Scheduling Order shall, within sixty (60) days hereof, file and serve a statement of proposed amendments and the reasons therefor. Each other party shall then have fifteen (15) days within which to file and serve a response thereto. After expiration of the sixty-day period, any amendment of this Scheduling Order shall be granted only upon motion and good cause shown.

///
///
///
///
///
///
///

Office of the
Attorney General
0 N. Carson St.
Carson City, NV
89701-4717

3

5. In all circumstances where a party or counsel is required to effect service hereunder, a certificate of such service shall be filed forthwith with the Clerk of the Court.

**APPROVED AS TO FORM AND CONTENT.**

ADAM PAUL LAXALT
Attorney General

By: _____
ADAM WYNN TINGLEY
Pro Se

By: _____
BENJAMIN R. JOHNSON
Deputy Attorney General
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Attorneys for Defendants

## ORDER

Dated: May 13, 2015.

IT IS SO ORDERED:

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 11th day of May, 2015, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(e)**, to the following:

ADAM WYNN TINGLEY #80020
WARM SPRINGS CORRECTIONAL CENTER
P O BOX 7007
CARSON CITY, NV 89702

_____
An employee of the
Office of the Attorney General