( ORIGINAL AUGANDED )

Adam Wynn Tingley #80020
Name
WSCC
P.O. Box 7007
Carson City NV 89702
Prison Number

FILED ✓
ENTERED ___
RECEIVED ___
SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY 19 2015

No Copy
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Adam Tingley,
                    Plaintiff,

vs.

N.D.O.C. et al,

DR Bannister (Ret),

DR. Aranas Dr Johns,

John Pery, Pharmacy Tech

& Jane Doe Nurses, Bookeeper
                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3:14-cv-00358
        (To be supplied by the Clerk)


CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

### A. JURISDICTION

1)    This complaint alleges that the civil rights of Plaintiff, Adam Tingley,
                                                              (Print Plaintiff's name)

who presently resides at Warm Springs Correctional Center, were

violated by the actions of the below named individuals which were directed against

Plaintiff at WSCC, NNCC, Carson City       on the following dates
                (institution/city where violation occurred)

2004 to Currant,    2006 to Currant
                         #FA          , and    N/A       .
  (Count I)            (Count II)              (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant _DR. BANNISTER_ resides at _NNCC_ ,
(full name of first defendant)              (address if first defendant)
and is employed as _MEDICAL DIRECTOR (RET)_ . This defendant is sued in his/her
(defendant's position and title, if any)
☑ individual ☑ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _AS MED. DIRECTOR HE MAKES FINAL DECISIONS (FROM DOCTORS_
_REQUEST FOR TREATMENT) TO APPROVE OR DELAY TREATMENT OR DENY._

3) Defendant _DR. ARANAS_ resides at _NNCC / CENTRAL_ ,
(full name of first defendant)              (address if first defendant)
and is employed as _MEDICAL DIRECTOR (CURRANT)_ . This defendant is sued in his/her
(defendant's position and title, if any)
☑ individual ☑ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _AS MED. DIRECTOR HE MAKES FINAL DECISIONS (FROM DOCTORS REQUESTS_
_FOR TREATMENT) TO APPROVE DELAY OR DENY TREATMENT. HE ALSO ANSWER FINAL_
_LEVEL INMATE GRIEVANCES."_

4) Defendant _JOHN PIERY_ resides at _NNCC / WSCC_ ,
(full name of first defendant)              (address if first defendant)
and is employed as _DIRECTOR OF NURSING_ . This defendant is sued in his/her
(defendant's position and title, if any)
☑ individual ☑ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _HE IS RESPONSIBLE FOR NURSING AT WSCC. DENYING OR_
_CHANGING DOCTOR PERSCRIBED MEDICATION. POST-OP EYE DROPS AND ORDERING_

5) Defendant _JANE DOE #1 (SUE)_ resides at _WSCC_ ,
(full name of first defendant)              (address if first defendant)
and is employed as _NURSE_ . This defendant is sued in his/her
(defendant's position and title, if any)
☑ individual ☑ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: _BY ARGUING WITH DR. KOWADINA AND HIS OFFICE ABOUT_
_THE POST-OP EYE DROPS HE ORDERED AND NOT GETTING THEM TO ME._

2

6) Defendant _JANE OR JOHN DOE #1_ resides at _NDOC PHARMACY_ ,
       (full name of first defendant)           (address if first defendant)

and is employed as _PHARMACY TECH/SUPPERVISOR_ . This defendant is sued in his/her
          (defendant's position and title, if any)

  ✓ individual  ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _By DELAYING Eye Drops. By ONLY GIVING ME ONE BTL P/M_
_EVEN THOUGH KOMADINA SAYS AS MANY AS NEEDED. By SENDING WRONG DROPS._

→ Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

_____

_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## B. NATURE OF THE CASE

1)    Briefly state the background of your case.

SEE PAGE 3A

- - - - - - - - - - - - - - - - - - - - - - - - - -

## C. CAUSE OF ACTION

7) Defendant __Dr. Johns__ resides at __NNCC__,

        (full name of first defendant)                   (address of first defendant)

and is employed as __Medical Doctor__. This defendant is sued in his/her

             (defendant's position and title, if any)

✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: __SHE CALLED TO VERIFY, FOLLOW-UP I WAS GETTING__

__MY PRESCRIBED POST-OP DRUGS (see Exhibits) BY NEVER FORCED NSCC TO__

__ACTUALLY GET MY DROPS TO ME__

8) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to
assert jurisdiction under different or additional statutes, list them below.

_____

_____

_____

-------------------------------------------------

## B.  NATURE OF THE CASE

1)     Briefly state the background of your case.

In 2004 I saw eye Dr. he said I need eye surgery. I again in 2004 seen eye Dr. and now I had pain and loss of vision. Dr. said surgery is needed. Request was denied. From Feb 2004 to June 2006 I had increasing pain and ultimately complete loss of sight in left eye. Dr. Bannister continued to deny surgery request. Even though every Dr. requested and prescribed pain meds and eye drops. Finally in June 2006 I was seen by Dr. Fisher (outside surgeon) he said my eye was worst he'd ever seen and D.O.C. took too long getting surgery. He operated and prescribed eye drops essential to recovery. D.O.C. was withholding eye drops to me and surgery failed. I suffered massive headaches and pain and exhausted remedies until 2/19/2014 I had 2nd surgery. Again I was prescribed drops essential to success of surgery and again D.O.C. stopped too soon, gave wrong drops and now will do nothing else.

-------------------------------------------------

## C.  CAUSE OF ACTION

DEFENDANT # 839

JANE DOE # 1:2   @ NNCC and WSCC
BOTH OFFICIAL AND INDIVIDUAL CAPACITY
BOOKKEEPER AT NNCC and WSCC

EVEN THOUGH NDOC ADMINISTRATIVE REGULATION
STATE FOLLOW-UP VISIT ARE NOT TO BE CHARGED
AND EVEN THOUGH I HAVE WRITTEN MANY KITES
AND MEDICAL CHARGE REVERSAL AND GRIEVANCES
I AM CHARGED $8.00 FOR EVERY (ALMOST EVERY)
EYE VISIT. THIS HAS BEEN GOING ON FOR YEARS.
AT $8.00 PER VISIT and 1-3 VISITS PER MONTH
FOR 8 OR SO YEARS IT ADDS UP TO A GREAT DEAL
OF MONEY AND HEADACHE AND ALMOST APPEARS TO BE
RETALIATION

3B

## COUNT I

The following civil right has been violated: _8TH AMENDMENT_

_CRUEL and UNUSUALL PUNISHMENT_

_(DELIBERANT INDIFFERENCE)_

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

As NEW MEDICAL DIRECTOR and HEAD OF "U.R. PANEL", DR. ARANA DENIED REQUESTED RELIEF ASKED FOR BY PLAINTIFF IN FINAL LEVEL OF GRIEVANCE PROCEDURE. I'VE BEEN SEEN BY HIM SEVERAL TIMES IN PAST AND GRIEVANCE WAS VERY CLEAR. DR. ARANA WAS PERSONALLY AWARE OF MY MEDICAL NEEDS IN REGARDS TO EYE. AS DIRECTOR OF NURSING (D.O.N.) MR. PERY WAS ULTIMATELY RESPONSIBLE FOR MAKING SURE SPECIALIST POST-OP ORDERS WERE FOLLOWED, YET (NDOC and) JOHN PERY TOOK IT UPON HIMSELF TO STOP EYE DROPS. JANE DOE #1 GOT INTO ARGUMENT W/ DR. KOMADINA DAY OF MY SURGERY; TOLD HIM THEY DIDNT HAVE AND HE (KOMADINA) WAS RESPONSIBLE FOR EYE DROPS. ALSO ON A LATER CALL TOLD (KOMADINA) THEY (NDOC, PERY) WERE NOT GOING TO (KEEP) SUPPLYING ME WITH EYE DROPS.

JANE DOE #1 ▓▓▓▓▓▓▓▓▓▓▓▓▓— ALSO TOLD KOMADINA and a OFFICER (TO BE CALLED AS MY WITNESS LATER) THAT THEY DIDNT THINK (NDOC MEDICAL) THAT I NEEDED THE PERSCRIPTION. THIS THE 2ND SURGERY WAS NOT AS SUCESSFULL AS COULD'VE BEEN DUE TO NDOC MEDICA DENYING GRIEVANCE THE D.O.N (after surgery) DENYING and/or DELAYING DROPS and JANEDOES' ARGUING AGAINST SPECIALIST. PHARMACY WOULD ONLY SEND (1) BTL P/M EVEN THOUG KOMADINA WROTE AS NEEDED. DR. JOHNS CALLED WSCC TO MAKE SURE I RECIEVED EYE DROPS, BUT ACTUALLY DID NOTHING

(4 A)

52

## COUNT II

The following civil right has been violated: _Due Process 14th Amend_

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

By Bookkeeper at both NNCC and WSCC continually charging me $8.00 for follow-up Apts 1 to 3 times per month, now going on and off for 8 years, this is wrong. Only occasionally through Reversal Request forms or Grievance am I reimbursed, usually not through. Still to this day I'm charged $8.00 to see Eye Doctor and N.D.O.C. Bookkeeper Refuses to Reverse Charges.

1)   Have you filed other actions in state or federal courts involving the **same or similar facts**
as involved in this action? ____ Yes ✔ No.  If your answer is "Yes", describe each lawsuit.
(If more than one, describe the others on an additional page following the below outline).

   a)      Defendants: _____

   b)      Name of court and docket number: _____

   c)      Disposition (for example, was the case dismissed, appealed or is it still pending?):

           _____

   d)      Issues raised: _____

           _____

           _____

   e)      Approximate date it was filed: _____

   f)      Approximate date of disposition: _____

2)   Have you filed an action in federal court that was **dismissed because it was determined to**

**be frivolous, malicious, or failed to state a claim upon which relief could be granted?**

____ Yes ✔ No.  If your answer is "Yes", describe each lawsuit. (If you have had more than

three  actions dismissed based on the above reasons,  describe the others on an additional

page following the below outline).

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)      Defendants: _____.

b)      Name of court and case number: _____.

c)      The case was dismissed because it was found to be (check one):  ____ frivolous

        ____ malicious  or  ____ failed to state a claim upon which relief could be granted.

d)      Issues raised: _____

        _____.

e)      Approximate date it was filed: _____

f)      Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be  (check one):  ___  frivolous
      ___  malicious  or  ___  failed to state a claim upon which relief could be granted.

d)    Issues raised: _____
      _____.

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be  (check one):  ___  frivolous
      ___  malicious  or  ___  failed to state a claim upon which relief could be granted.

d)    Issues raised: _____
      _____.

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

3)    Have you attempted to resolve the dispute stated in this action by seeking relief from the
      proper administrative officials, e.g., have you exhausted available administrative grievance
      procedures?  ✓ Yes  ___ No.  If your answer is "No", did you not attempt administrative
      relief because the dispute involved the validity of a:  (1) ___ disciplinary hearing;  (2) ___
      state or federal court decision;  (3) ___ state or federal law or regulation;  (4) ___ parole
      board decision;  or  (5) ___ other _____
      If your answer is "Yes", provide the following information. Grievance Number *2006 296 9990*
      Date and institution where grievance was filed  *10/26/2013   NNCC*          .
      Response to grievance: *Grievance denied because I received surgery,*
      *and that they said resolved matter of my eye*

_____
_____
_____
-----------------------------------------

### E.  REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

INJUNTIVE and MONITARY, both Copensatory and Punitive
THe N.D.O.C. To PAy For 100% UV SUNGLASSES (my choice) 2 pair p/yr-10yrs.
THe N.D.O.C. To PAy For ALL FUTURE MED. COSTS Eyes including SURGERIES (KenADiNY)
THe N.D.O.C. To REIMBURSE me for 8yrs Follow-up Apts @ $8°° per VISIT, not to be CHARGE
THe N.D.O.C. To REMOVE From PHARMACY, Power TO DICTATE/control #of Scripts Given
ALL MEDICAL STAFF TO BE RETRAINED TO TREAT INMATES "MEDICAL NEEDS"
PROMPTLY, NO DELAY IN PERSCRIPTIONS, OR TREATMENT, ie surgery.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**  See  28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          _____
(Name of person who prepared or helped       (Signature of Plaintiff)
prepare this complaint if not Plaintiff )
                                              5/6/15
                                             _____
                                             (Date)

REQUEST FOR RELIEF:

(Additional space if needed; identify what is being continued)

DR. BANNISTER EXCESS $25,000. Compens. plus PUNITIVE and my COSTS
DR. ARANAS EXCESS $10,000. Compens plus PUNITIVE
JOHN PERY EXCESS $10,000. Compens and PUNITIVE
JANE DOE (Nurse) EXCESS $5,000 Compens
JOHN/JANE JOE (PHARMACY) EXCESS $10,000. No ABILITY TO DELAY PERSCRIPTIONS
JANE DOE (Bookkeeper) REIMBURSE MED. APT. PER "A.R." Follow-ups ARE FREE

# Exhibit A

Around April 2004 at Humbolt conservation camp I noticed Something on my Left eye. I went to Love Lock Correctional Center infirmary to see Dr. Scott, He said it was nothing. By mid-summer my eye was hurting and my vision was blurring. I went back to Dr. Scott He said it's probably a pterygium no big deal. He gave me eye drops and IBU's.

In Oct. I was having problems seeing out of my left eye and the tissue had grown over my left tissue. I complained to my mom and was asking for medical to do Something. My mom started complaining and finally in Nov 2004, I was sent to Northern Nevada Correctional Center to see the eye doctor.

He said I have a rare type of pterygium that will grow across my pupil and will cause me blindness. He recomended lazer removal, It was refused. I was now also experiencing pain. The infirmary gave me eye drops and IBU's. Dr. Gedney at Northern Nevada Correctional Center Seen me several times and refered it to the Utilization and Review Panel for sending me to surgery. It was denied.

From Jan 2005 til March 2006 I was seen By the eye DR. Several more times, He recomended Surgery each time. Dr. Banmister and Dr. Johns also saw me and said hopefully Dept. of Corrections will agree to operate. They gave me

Several types of eye drops and I B U's. Finally I was sent to and outside SPECIALIST, Dr. Fisher in Carson, He recomended surgery and wrote in to report to DePT. of Corrections. that IT was the worst he had ever Seen, and that was due to the time it took DePT. of Corrections To get Me To A Specialist.

He eventually operated on my eye. He gave very Specific instructions: I was To be given Special eye drops with No delays and No Interuptions for Surgery To suceed. DePT. OF Corrections stopped the eye drops within a couple weeks. The tissue grew right back, and on My follow up visits, Dr. Fisher recomended I go see Dr. Komadina in Reno.

I went to Komadina he suggested a second Surgery. DePT. OF Corrections denied IT. From Dec 2006 to OCT 2013 I continually complained of pain and loss of vision, Headaches, and DePth Perseption. I was then Taken off of work crew. Finally I wrote a grievance and DePT. of Corrections sent Me back To Dr. Komadina in 2013. He again said I need Surgery. DePT. of Corrections agreed To A Second Surgery. DePT. OF Corrections Sent Me To The Surgery in 2014, again l was given very Specific instructions For No delay or interuptions of My eye drops or The surgery

would fail. Once again Dept. of Corrections stopped my eye drops and on follow up visits to Komadina it was noted that the tissue had grown back, and I will need yet another surgery.

Dr. Komanding has told me and several correctional officers this surgery has failed because of the interuptions in Dept. of Corrections giving me eye drops, again He also stated that he will never work on another inmate due to Dept. of Corrections and thier lack of concern.

I've exhausted my administrative options, and remedy included eye drops and all post up treatment, this was also denied. (Attached exhit IA complete grievence)

I have Dept. of Corrections medical file and files from Dr. Komadina and Dr. Fisher verifying this, also I have all corespondence to and from Dept. of Corrections and these specialist.

*MED*

[EXHIBIT A-14 pages]

Log Number 20002969990

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: ADAM TINGLEY          I.D. NUMBER: 80020

INSTITUTION: NNCC          UNIT: 4 C 16

GRIEVANT'S STATEMENT: My one Grievable issue is I've Been waiting since 2006 to have a second eye surgery. I've felt like having glass in my left eye, headaches complete loss of vision in left eye and severe pain. Recently I was sent to Reno to see Dr. Iconadina again.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____ DATE: 10/26/13 TIME: 1630

GRIEVANCE COORDINATOR SIGNATURE: M Jann DATE: 11-12-13 TIME: 8 am

GRIEVANCE RESPONSE: _____

_____

_____

_____

_____

RECEIVED/RMF 11/19/13

CASEWORKER SIGNATURE: CCS Meares          DATE: 12/11/13

_____ GRIEVANCE UPHELD  _X_ GRIEVANCE DENIED  _____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: _____ Pons I     DATE: 11/20/13

_____ INMATE AGREES   _X_ INMATE DISAGREES

INMATE SIGNATURE: _____          DATE: 12/11/13

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

RECEIVED DEC 16 2013 AWP - NNCC

RECEIVED NOV 1 2 2013 AWP

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

**ENTERED**

NOV 1 3 2013

AWP - NNCC

11/8/13

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Adam Tingley          I.D. NUMBER: 80028

INSTITUTION: NNCC          UNIT #: 4 C10

GRIEVANCE #: _____          GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION:     PG. 2 OF 2

Again He Recommended Surgery.


Remedy Sought:

1) To Be sent to Dr. Komadina for This surgery


2) I stay close to Dr. Komadina, WSCC or NNCC until surgery complete.


Furthermore, as Has Happend In Past, I do not want to be Retaliated against by moving me South to keep me from Having surgery, or Punish me for this Grievance.


Thank You.


Original:     Attached to Grievance
Pink:         Inmate's Copy



# State of Nevada
# Department of Corrections

### INMATE GRIEVANCE REPORT

**ISSUE ID#**  20062969990

NNCC-UOB-24-A

**ISSUE DATE:**   11/13/2013

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| TINGLEY, ADAM WYNN | 80020 | RTRN_INF | JKEAST |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| IF | 11/20/2013 | | Denied | JKEAST | INACTIVE |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|
| Mr. Tingley,<br>On 10/28/13 you were seen by our Physician and a recommendation was made for you to see a corneal specialist. The recommendation has been forwarded to the Utilization and review Panel for consideration.<br>Grievance denied. |

AWP - NNCC

DEC 16 2013

RECEIVED

GRIEVANCE RESPONDER

Log Number 2006 296 9990

## NEVADA DEPARTMENT OF CORRECTIONS
## FIRST LEVEL GRIEVANCE

NAME: _Adam Tingley_     I.D. NUMBER: _80020_

INSTITUTION: _NNCC_     UNIT: _5_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _2006 296 9990_, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____     DATE: _12/13/13_

WHY DISAGREE: _I AM IN THE CUSTODY AND CARE of NDOC, and am being subjected to cruel and unusual punishment through the deliberate indifference of NDOC/NNCC Medical and administrative staff. (SEE Continuation form) I AM APPEALING THIS INFORMAL RESPONSE TO THIS GRIEVANCE TO WARDEN Baca —_

GRIEVANCE COORDINATOR SIGNATURE: _____     DATE: _12/16/13_

FIRST LEVEL RESPONSE: _See attached response_
_____
_____
_____

_____ GRIEVANCE UPHELD  _✓_  GRIEVANCE DENIED _____  ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: _Yvette Lupdos RN_     TITLE: _DONSII_     DATE: _1-24-14_

GRIEVANCE COORDINATOR SIGNATURE: _R Walsh_     DATE: _2/11/14_

_____ INMATE AGREES  _X_  INMATE DISAGREES

INMATE SIGNATURE: _____     DATE: _2/27/14_

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

DEC 1 6 2013

**RECEIVED**

FEB 2 6 2014

**WSCC WARDEN'S OFFICE**

DOC 3093 (12/01)



# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Adam Tingley_   I.D. NUMBER: _80020_

INSTITUTION: _NNCC_   UNIT #: _5_

GRIEVANCE #: _2006 296 9990_   GRIEVANCE LEVEL: _1st_

GRIEVANT'S STATEMENT CONTINUATION:   PG. _2_ OF _4_

On 7-12-06 I underwent a pterygium excision with a graft. Due to the extensive pterygium (the worst Dr. Fischer MD. had ever seen) and the length of time it took NDOC/NNCC Medical and Administrative staff to get me surgery, the surgery was not successful. I continued to show scar tissue in the visual axis and severe pain. I was sent to Dr. Komadina as recomended by Dr. Fischer. Dr. Komadina noted the subepithelial fibrosis which proceeds many pterygia had already extended into my line of sight. Which would account for loss of vision and 20/400 in left eye. Surgery was suggested by Dr. Komadina, this was to consist of resecting and combining it with application of Mitomycin-C and a conjunctival auto graft. This was requested to UR panel and denied. I have had to deal with loss of vision and severe pain and major disruption in any quality of life due to

Original:      Attached to Grievance
Pink:          Inmate's Copy

RECEIVED
FEB 2 6 2014
WSCC WARDEN'S OFFICE

DOC – 3097 (01/02)

## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Adam Tingley_        I.D. NUMBER: _80020_

INSTITUTION: _NNCC_        UNIT #: _5_

GRIEVANCE #: _2006 296 9990_    GRIEVANCE LEVEL: _1st_

GRIEVANT'S STATEMENT CONTINUATION:   PG. _3_   OF _4_

NDOC/NNCC MEDICAL AND ADMINISTRATIVE STAFF
DENYING OVER AND OVER TO REPAIR THIS. THIS LAST
SUMMER I WAS FINALLY SENT BACK TO SEE
DR. KOMADINA AFTER (7) SEVEN YEARS! HE, DR. KOMADINA,
ONCE AGAIN HAS RECOMENDED SURGERY.

[ REMEDY SOUGHT ]

1) TO HAVE WHATEVER SURGERY RECOMENDED BY DR. KOMADINA,
AND HAVE IT DONE BY DR. KOMADINA. INCLUDING ANY
AFTER CARE.

2) IF UV PROTECTIVE GLASSES ARE SUGGESTED BY DR. KOMADINA,
I WANT TO BE ABLE TO HAVE APPROVE ONE PURCHASED FROM
OUTSIDE BY NDOC AT NO COST TO ME.

3) ENSURE I WILL NOT BE RETALIATED AGAINST FOR THIS
GRIEVANCE OR NECCESSARY MEDICAL TREATMENT IN ANY WAY.
I.E. NO PUNITIVE TRANSFERS TO E.S.P., S.D.C.C., H.D.C.C., OR L.V.C.C.
IN ANY ATTEMPT TO DELAY SURGERY AND AFTERCAL OR BECAUSE OF THIS.

Original:      Attached to Grievance
Pink:          Inmate's Copy

DEC 16 2013

**RECEIVED**

FEB 26 2014

WSCC WARDEN'S OFFICE
DOC – 3097 (01/02)



# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Adam Tingley          I.D. NUMBER: 80020

INSTITUTION: NNCC          UNIT #: 5

GRIEVANCE #: 2006 296 9970     GRIEVANCE LEVEL: 1 ST

GRIEVANT'S STATEMENT CONTINUATION:   PG. 4 OF 4

4) I ALSO WANT $500-00 PER DAY GOING BACK TO
7-12-2006

Original:      Attached to Grievance
Pink:          Inmate's Copy

**RECEIVED**

FEB 2 6 2014

WSCC WARDEN'S OFFICE

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE CLAIM FORM

> **THIS FORM MUST BE COMPLETED PER NRS 41.036, 41.0322, 209.243 AND ADMINISTRATIVE REGULATION 740**

> **DO NOT SEND DIRECTLY TO ATTORNEY GENERAL'S OFFICE, BOARD OF EXAMINERS, OR DIRECTOR**

> This form is to be attached to your grievance form for any injuries or any other claim (except property) arising out of a tort alleged to have occurred during your incarceration as a result of an act or omission of the Department of Corrections or any of its agents, former officers, employees or contractors.

The following information is necessary to fairly evaluate your claim.  Please provide complete information.  If you need more space, attach a separate sheet of paper.  You may submit additional evidence if available.  Such additional evidence will be returned.

CLAIM IN THE AMOUNT OF $ _500°° per day_ is hereby made against the Department of Corrections, based upon the following facts:

| 1. NAME OF CLAIMANT (Please print full name) | 2. I.D. # | 3. INSTITUTION |
|---|---|---|
| ADAM WYNN TINGLEY | 80020 | NNCC |
| **4. AMOUNT OF CLAIM** $500°° per day from 7/12/2006 until resolution of issue | **5. DATE AND DAY OF OCCURRENCE** 7-12-2006 | **6. TIME (a.m. or p.m.)** 153G |
| **7. PLACE OF OCCURRENCE** NNCC | | |

DOC 3095 (12/01)

RECEIVED
DEC 16 2013
AWP-NNCC

**RECEIVED**
FEB 2 6 2014
WSCC WARDEN'S OFFICE

8. Describe here, in complete detail, exactly how your claim loss or damage occurred and why you believe the institution is responsible or liable:

_See Attached Forms_

9. Witnesses. Be sure to include any staff member who may have been involved in, or has any knowledge of, your alleged loss; also, list any inmate who has actual knowledge of facts pertinent to your claim:

| | |
|---|---|
| C/O Vussieta | NNCC Otomotrist |
| C/O R. Baros | Jay Davis |
| C/O Batson | Dr. Bannister |
| C/O Castro | Dr. Scott |
| Dr. Fischer | |
| Dr. Gedney | |
| Dr. Komadina | |

10. Other pertinent information:

RECEIVED
DEC 1 6 2013
AWP-NNCC

RECEIVED
FEB 2 6 2014
WSCC WARDEN'S OFFICE

STATE OF _NEVADA_____ )
                          ) SS
COUNTY OF _____ )


I, _Adam Wynn Tingley_____, do hereby swear under penalty of perjury that I am the claimant named above, that I have read the foregoing claim and know the contents thereof, that the same is true of my own knowledge, except those matters stated upon information and belief, and as to those maters, I believe them to be true, and that THIS IS MY ENTIRE CLAIM AGAINST THE STATE OF NEVADA/DEPARTMENT OF CORRECTIONS.

I FULLY UNDERSTAND THAT I WILL HAVE TO SIGN A GENERAL RELEASE OF ALL CLAIMS IN THE PRESENCE OF A NOTARY PUBLIC FOR THE EXACT AMOUNT I AM CLAIMING BEFORE ANY PAYMENT WILL BE OFFERED TO ME.  THIS GENERAL RELEASE WILL BECOME EFFECTIVE ONLY UPON ACTUAL PAYMENT OF THE CLAIM BY THE STATE OF NEVADA.

DATED this _13 th_ day of _December_____, 20_13_


_____
Signature of Claimant


**NOTICE**

NEVADA REVISED STATUTE 197.160 provides that every person who knowingly presents a false or fraudulent claim is guilty of a gross misdemeanor, and is subject to criminal penalties of imprisonment of up to one year, and a fine of up to $2,000.00.

DEC 16 2013

**RECEIVED**
DOC - 3095 (12/01)
FEB 2 6 2014
WSCC WARDEN'S OFFICE

 

# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

**ISSUE ID#**   20062969990                **ISSUE DATE:**   11/13/2013

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| TINGLEY, ADAM WYNN | 80020 | RTRN_L1 | TJACOBS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 1 | 01/24/2014 | | Denied | TJACOBS | INACTIVE |

| INMATE COMPLAINT |
|---|

| OFFICIAL RESPONSE |
|---|

After communicating with the WSCC Medical Staff to response to your grievance. It is my understanding that you seen the specialist and a plan is in action for your care. If there be any further questions communicate with the staff at WSCC.

*GRIEVANCE RESPONDER*

**RECEIVED**

FEB 2 6 2014

Page 1 of 1

**WSCC WARDEN'S OFFICE**

Report Name: NVRIGR
Reference Name: NOTIS-RPT-OR-0217.2
Run Date:   FEB-11-14 09:27 AM

LOG NUMBER: _2006296999O_

NNCC

## NEVADA DEPARTMENT OF CORRECTIONS
## SECOND LEVEL GRIEVANCE

NAME: _Adam Wynn Tingley_     I.D. NUMBER: _80020_

INSTITUTION: _WSCC_     UNIT: _2A7_

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER _2006296999O_ , ON THE SECOND LEVEL. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: _____     DATE: _2/27/14_

WHY DISAGREE: _2/19/14 Dr. Kumadina did do surgery. This_ _should have been done over 7 years ago! By neglecting_ _to properly treat me, by not getting me to the first surgery_ _in timely manner and doing nothing you've kept me in serious_ _pain and suffering and under Estelle v. Gamble (see continuation)_

GRIEVANCE COORDINATOR SIGNATURE: _M Whittington_     DATE: _3/5/14_

SECOND LEVEL RESPONSE: _____

_____

_____

_____

_____

_____ GRIEVANCE UPHELD   _X_ GRIEVANCE DENIED   _____ ISSUE NOT GRIEVABLE PER AR 740

SIGNATURE: _Arann, MD._     TITLE: _MD_     DATE: _3/30/14_

GRIEVANCE COORDINATOR SIGNATURE: _____     DATE: _4-9-14_

INMATE SIGNATURE: _____     DATE: _4-22-14_

## THIS ENDS THE FORMAL GRIEVANCE PROCESS

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

**RECEIVED**

MAR - 5 2014

WSCC WARDEN'S OFFICE

DOC 3098 (12/01)



## NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: _Tingley_                      I.D. NUMBER: _80020_

INSTITUTION: _WSCC_                   UNIT #: _2A7A_

GRIEVANCE #: _20062969990_   GRIEVANCE LEVEL: _2nd_

GRIEVANT'S STATEMENT CONTINUATION:   PG. _2_   OF _2_

YOU'VE VIOLATED MY CIVIL RIGHTS. I'VE COMPLAINED, MY FAMILY AND OUR LAWYERS HAVE COMPLAINED FOR YEARS (SINCE 2004) DOC HAS DONE NOTHING. THIS IS LAST ATTEMPT AT DOC LEVEL TO RESOLVE. FOR REMEDIES SEE 1ST LEVEL AND INFORMAL.

[ I ADD NOW TO REMEDIES: ]

1) ALL POST CARE NEEDED INCLUDING PAIN MED (18U's) AND ANY EYE DROPS NEEDED.

2) DR. KOMADINA WAS APPROVED IN APRIL 2013 TO CORRECT BY SURGERY MY RT EYE. I WANT THAT DONE ONLY BY KOMADINA IF HE SUGGESTS IT. PLUS ANY FOLLOW-UP CARE NEEDED.

Original:     Attached to Grievance
Pink:         Inmate's Copy

**RECEIVED**

MAR - 5 2014

WSCC WARDEN'S OFFICE

DOC – 3097 (01/02)



# State of Nevada
# Department of Corrections

*INMATE GRIEVANCE REPORT*

2A 7A

**ISSUE ID#**  20062969990                                    **ISSUE DATE:**  11/13/2013

| INMATE NAME | NDOC ID | TRANSACTION TYPE | ASSIGNED TO |
|---|---|---|---|
| TINGLEY, ADAM WYNN | 80020 | RTRN_L2 | RARANAS |

| LEVEL | TRANSACTION DATE | DAYS LEFT | FINDING | USER ID | STATUS |
|---|---|---|---|---|---|
| 2 | 03/17/2014 | | Denied | VAUSTIN | A |

| INMATE COMPLAINT |
|---|
| |

| OFFICIAL RESPONSE |
|---|
| You have received the surgery by Dr. Komadina and are scheduled for follow up appointments.  The matter of your eye surgery has been resolved.  Grievance denied. |

*GRIEVANCE RESPONDER*

NDOC Medical Director
Romeo Aranas, MD

MAR 2 6 2014