Adam Tingley
6015 Clear Creek Dr.
Reno, NV. 89502
atingley2003@yahoo.com
775-303-4919



# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADAM WYNN TINGLEY

3:14-cv-00358-MMD-VPC

Vs.

NEVADA DEPARTMENT OF
CORRECTIONS et al

MOTION FOR LEAVE TO
AMEND COMPLAINT TO
NAME JANE DOE#5 and #6

COMES NOW, ADAM TINGLEY, Petitioner, in pro se, Asking this court to accept the included AMENDED and complete COMPLAINT in accordance with LR 15-1 that now will name JANE DOE#5, nurse at Warm Springs Correctional Center as Sue Hoffmen and JANE DOE#6, pharmacy supervisor for The Depatment of Corrections as Linda Fox.

13th July 2015

Adam Tingley
Pro se