Luke Andrew Busby, Ltd.
Nevada State Bar No. 10319
216 East Liberty St.
Reno, NV 89501
775-453-0112
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADAM WYNN TINGLEY,

  Plaintiff,

vs.

R. BRUCE BANNISTER, *et al.*

  Defendant(s),
_____/

Case No.: 3:14-cv-00358-MMD-VPC

JOINT INTERIM STATUS REPORT

     In accordance with the Court's May 13, 2014 Scheduling Order (Document 41) Plaintiff ADAM WYNN TINGLEY and Defendants R. BRUCE BANNISTER *et al.*, hereby submit the following Joint Interim Status Report in the above-referenced matter in accordance with Local Rule 26-3.

     The estimated time for trial in this matter is 3 to 5 days.

     The parties submit the following three proposed trial dates: April 4-8, 2016; April 11-15, 2016; and Apr18-22, 2016.

     The parties agree that there are no other issues that require the Court's attention at this time.

1
2  Dated: Wednesday, September 9, 15

3  */s/ Luke A. Busby*

4  LUKE ANDREW BUSBY, ESQ.
   LUKE ANDREW BUSBY, LTD.
5
   Attorney for Plaintiff
6

Dated: Wednesday, September 9, 2015

*/s/ Benjamin R. Johnson*

ADAM LAXALT
ATTORNEY GENERAL
BENJAMIN R. JOHNSON
DEPUTY ATTORNEY GENERAL
STATE OF NEVADA - OFFICE OF THE
ATTORNEY GENERAL

Attorneys for Defendants