ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants Bruce Bannister, Susan Hoffman, Karry McCullah, and Jonathan Perry*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM WYNN TINGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>R. BRUCE BANNISTER, et al.,<br><br>Defendants. | Case No.  3:14-cv-00358-MMD-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** |

Plaintiff, Adam Wynn Tingley, by and through counsel, Luke Busby, and Defendants, R. Bruce Bannister, Susan Hoffman, Karry McCullah, and Jonathan Perry, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby stipulate and agree that the time to file a dispositive motion should be extended.  The current deadline for dispositive motions is January 15, 2016.  The parties agree to and respectfully request that the Court extend the dispositive motion deadline until January 29, 2016.

///

///

///

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

1

| | | |
|---|---|---|
| 1 | DATED this 13 day of January, 2016 | DATED this 13 day of January, 2016. |
| 2 | | ADAM PAUL LAXALT |
| 3 | | Attorney General |
| 4 | | |
| 5 | By: /s/ Luke Busby<br>LUKE BUSBY | By: /s/ Benjamin R. Johnson<br>BENJAMIN R. JOHNSON |
| 6 | Nevada State Bar No. 10319<br>216 East Liberty St. | Deputy Attorney General<br>Attorneys for Defendants |
| 7 | Reno, NV 89509<br>775-453-0112 | |
| 8 | luke@lukeandrewbusbyltd.com | |
| 9 | *Attorney for the Plainitff* | |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED:_____