# EXHIBIT C

# EXHIBIT C

## DECLARATION OF DR. R. BRUCE BANNISTER

1. I Robert Bruce Bannister, being first duly sworn, under penalty of perjury under the laws of the State of Nevada depose and says: am over the age of 18 and am otherwise fully competent to testify to the facts contained in this declaration.

2. I have personal knowledge of the matters asserted herein and am competent to testify thereto, save for those matters asserted on information and belief, and for those matters, I am informed and believe them to be true.

2. I was the Medical Director for the Nevada Department of Corrections ("NDOC") until my retirement in May 2013.

3. I am a medical doctor and have been licensed to practice medicine in the State of Nevada since 1985.

4. In connection with case *Tingley v. Nevada Department of Corrections, et al* case number 3:14-cv-00358-MMD-VPC, currently pending in the United States District Court, District of Nevada, the Nevada Office of the Attorney General, requested that I provide truthful and accurate information relevant to legal briefs that the Defendants intend to file with the Court in the Tingley Litigation and for other proper purposes.

5. As the NDOC Medical Director I was responsible for the formulation of health policy regarding the health care delivery system, including developing and monitoring standards and procedures for health care services for all inmates confined within the facilities and the clinical operation of the Medical Division;

6. I have not personally met with Plaintiff or provided him medical care or a consultation. During his time in prison his medical care has been provided by practitioners within the institutions.

7. I retired from the position of Medical Director for the Nevada Department of Corrections on June 10, 2013.

///
///
///

TINGLEY 358: DEF MSJ EXH C - 001

1  Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury
2  under the laws of the United States, that the foregoing is true and correct.
3  Dated: 28th day of January, 2016.

_____
DR. R. BRUCE BANNISTER

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

2

TINGLEY 358: DEF MSJ EXH C - 002