ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1254
E-mail:  bjohnson@ag.nv.gov

*Attorneys for Defendants Bruce Bannister, Susan Hoffman, Karry McCullah, and Jonathan Perry*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM WYNN TINGLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | Case No.  3:14-cv-00358-MMD-VPC<br><br>**DEFENDANTS' NOTICE OF UNDER SEAL SUBMISSION OF MEDICAL RECORDS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants, Bruce Bannister, Susan Hoffman, Karry McCullah (incorrectly named as "Cari McCullough"), and Jonathan Perry, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby give notice that Exhibits A, B, D, E, F, G, H, I, and J to Defendants' Motion for Summary Judgment have been submitted under seal.

DATED this 29th day of January, 2016.

　　　　　　　　　　　　　　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　By: /s/ Benjamin R. Johnson
　　　　　　　　　　　　　　　　　　　　BENJAMIN R. JOHNSON
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 29th day of January, 2016, I caused to be served a copy of the foregoing **DEFENDANTS' NOTICE OF UNDER SEAL SUBMISSION OF MEDICAL RECORDS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, by U.S. District Court CM/ECF Electronic Filing to:

Luke Busby, Attorney for Plaintiff
Luke Andrew Busby, Ltd.
216 East Liberty Street
Reno, NV 89501
luke@lukeandrewbusbyltd.com

*[signature]*
An employee of the
Office of the Attorney General